UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Williamsport)

IN RE:      CARL R PETERS                    CASE NO:     20-00066
                                             CHAPTER:     13

        Debtor (s)

### Change of Address – Notifications for Creditor

As to Claim  3-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**.  Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com

| 7/10/2024 | /s/ LaDonna Broadway |
|---|---|
| | Bankruptcy Processor |
| | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**<u>CERTIFICATE OF SERVICE</u>**

Middle District of Pennsylvania (Williamsport)

IN RE:    CARL R PETERS               CASE NO:  20-00066
                                               CHAPTER:  13

       Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
_____7/10/2024_____, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.


_____7/10/2024_____               /s/ LaDonna Broadway_____
                                       Bankruptcy Processor
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 4:20-bk-00066-MJC   Doc 57   Filed 07/10/24   Entered 07/10/24 09:26:57   Desc
Main Document    Page 2 of 2