UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Williamsport)

IN RE: CARL R PETERS          CASE NO: 20-00066
                              CHAPTER: 13

Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim 3 filed on 01/22/2020, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

08/29/2024                    /s/Anthony Vasquez
                              Bankruptcy Processor
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 4:20-bk-00066-MJC   Doc 58   Filed 08/29/24   Entered 08/29/24 12:19:30   Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Williamsport)

| | | | |
|---|---|---|---|
| IN RE: | CARL R PETERS | CASE NO: | 20-00066 |
| | | CHAPTER: | 13 |

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 08/29/2024, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

08/29/2024    /s/Anthony Vasquez
              Bankruptcy Processor
              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.