**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILLIAMSPORT DIVISION**

IN RE:
**CARL R PETERS**
                    **DEBTOR**

**CASE NO.  4:20-bk-00066-MJC**
**CHAPTER 13**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:          10500 Kincaid Drive, Suite 300
                             Fishers, IN 46037-9764

NEW NOTICE ADDRESS:          11988 Exit 5 Parkway, Building 4
                             Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:         10500 Kincaid Drive, Suite 300
                             Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:         11988 Exit 5 Parkway, Building 4
                             Fishers, IN 46037-7939

Dated: September 18, 2024

                             */s/Lorri Beltz*
                             Lorri Beltz, Vice President, Default
                             Freedom Mortgage Corporation
                             11988 Exit 5 Parkway, Building 4
                             Fishers, IN 46037-7939
                             Telephone: (855) 690-5900

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### WILLIAMSPORT DIVISION

IN RE:
**CARL R PETERS**

           **DEBTOR**

**CASE NO.  4:20-bk-00066-MJC**
**CHAPTER 13**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

JEFFREY STOVER
STOVER MCGLAUGHLIN
122 E High St
Bellefonte PA 16823-3002
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

CARL R PETERS
291 Lower Coleville Rd
Bellefonte PA 16823-8728
*Debtor*

This 18th Day of September, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900