# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Carl R Peters

                    Case No.: 4-20-00066 MJC

                    Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Freedom |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 0053 |
| Property Address if applicable: | 291 Lower Coleville Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearages: | | $14,523.45 |
| b. | Prepetition arrearages paid by the trustee: | | $14,523.45 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | | $0.00 |
| e. | Allowed postpetition arrearage: | | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | | $0.00 |
| g. | Total b, d, and f: | | $14,523.45 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 24, 2025

                                              Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Carl R Peters

Case No.: 4-20-00066 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**

Stover McGlaughlin Law Firm
122 East High St
Bellefonte PA 16823

**Served by First Class Mail**

Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers  IN 46037-7939

Carl R Peters
291 Lower Coleville Rd
Bellefonte PA 16823

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

Case 4:20-bk-00066-MJC    Doc 61    Filed 02/24/25    Entered 02/24/25 07:17:00    Desc
Page 3 of 6

# Disbursements for Claim

**Case:** 20-00066  **CARL R. PETERS**

**FREEDOM MORTGAGE CORPORATION**
ATTN: PAYMENT PROCESSING
11988 EXIT 5 PKWY, BLDG 4
FISHERS, IN  46037-7939

**Sequence:** 24
**Modify:**
**Filed Date:** 2/12/2020 12:00:00AM
**Hold Code:**

**Acct No:** 0053/PRE ARREARS/291 LOW

| | | | | |
|---|---|---|---|---|
| Amt Sched: $113,849.00 | Debt: $14,523.45 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $14,523.45 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/07/2024 | 2038977 | $325.86 | $0.00 | $325.86 | 08/26/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/10/2024 | 2038132 | $330.87 | $0.00 | $330.87 | 07/23/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/18/2024 | 2037292 | $330.87 | $0.00 | $330.87 | 06/27/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/22/2024 | 2036341 | $330.87 | $0.00 | $330.87 | 06/03/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/17/2024 | 2035347 | $330.86 | $0.00 | $330.86 | 04/29/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/14/2024 | 2034385 | $330.87 | $0.00 | $330.87 | 03/22/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/14/2024 | 2033430 | $330.87 | $0.00 | $330.87 | 02/26/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/12/2024 | 2032518 | $330.87 | $0.00 | $330.87 | 01/19/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/19/2023 | 2031596 | $330.87 | $0.00 | $330.87 | 01/02/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030653 | $330.87 | $0.00 | $330.87 | 11/28/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2023 | 2029703 | $348.13 | $0.00 | $348.13 | 10/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/19/2023 | 2028705 | $348.13 | $0.00 | $348.13 | 09/27/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/09/2023 | 2027693 | $348.13 | $0.00 | $348.13 | 08/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2023 | 2026731 | $348.13 | $0.00 | $348.13 | 07/26/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/13/2023 | 2025814 | $334.47 | $0.00 | $334.47 | 06/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/16/2023 | 2024847 | $334.46 | $0.00 | $334.46 | 05/24/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/18/2023 | 2023825 | $334.47 | $0.00 | $334.47 | 04/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/15/2023 | 2022813 | $334.46 | $0.00 | $334.46 | 03/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/15/2023 | 2021800 | $334.47 | $0.00 | $334.47 | 02/24/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/18/2023 | 2020802 | $334.46 | $0.00 | $334.46 | 01/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/13/2022 | 2019815 | $334.46 | $0.00 | $334.46 | 12/22/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2022 | 2018857 | $334.47 | $0.00 | $334.47 | 12/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2022 | 2017802 | $352.80 | $0.00 | $352.80 | 10/25/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/13/2022 | 2016770 | $352.81 | $0.00 | $352.81 | 09/30/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/17/2022 | 2015720 | $352.81 | $0.00 | $352.81 | 09/08/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/13/2022 | 2014673 | $328.35 | $0.00 | $328.35 | 08/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013706 | $328.35 | $0.00 | $328.35 | 07/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012656 | $328.35 | $0.00 | $328.35 | 05/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011594 | $328.35 | $0.00 | $328.35 | 04/28/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/16/2022 | 2010578 | $328.35 | $0.00 | $328.35 | 04/06/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009600 | $328.35 | $0.00 | $328.35 | 03/10/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008606 | $328.35 | $0.00 | $328.35 | 02/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007595 | $328.36 | $0.00 | $328.36 | 12/28/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006568 | $328.35 | $0.00 | $328.35 | 11/24/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/14/2021 | 2005525 | $338.06 | $0.00 | $338.06 | 10/29/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004504 | $338.06 | $0.00 | $338.06 | 09/22/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/18/2021 | 2003464 | $338.06 | $0.00 | $338.06 | 08/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/14/2021 | 2002425 | $2,123.77 | $0.00 | $2,123.77 | 08/02/2021 |

Sub-totals: $14,523.45   $0.00   $14,523.45

Grand Total: $14,523.45   $0.00