In re:  Case No. 20-00066-MJC
Carl R. Peters  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4  User: AutoDocke  Page 1 of 3
Date Rcvd: Jun 25, 2025  Form ID: fnldecnd  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl R. Peters, 291 Lower Coleville Road, Bellefonte, PA 16823-8728 |
| 5443151 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5294738 | + | Phelan, Hallinan, Diamond & Jones, LP, Attn: Bankruptcy Dept., 1617 JFK Blvd., #1400, Philadelphia, PA 19103-1814 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2025 18:56:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 25 2025 18:56:22 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5294729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2025 18:56:19 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5299578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2025 18:56:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5294730 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2025 18:53:00 | Comenity Blue Nile, P.O. Box 659622, San Antonio, TX 78265 |
| 5294731 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2025 18:53:00 | Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, Ohio 43218-3043 |
| 5294732 | + | Email/Text: BKPT@cfna.com | Jun 25 2025 18:53:00 | Credit First, N.A., P.O. Box 81344, Cleveland, OH 44188-0001 |
| 5294733 | + | Email/Text: bankruptcy@sequium.com | Jun 25 2025 18:53:00 | Directv, c/o Sequium Asset Solutions, 1130 Northchase Pkwy., #150, Marietta, GA 30067-6429 |
| 5302747 | | Email/Text: G06041@att.com | Jun 25 2025 18:53:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5294734 | + | Email/Text: mrdiscen@discover.com | Jun 25 2025 18:53:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 5291211 | | Email/Text: mrdiscen@discover.com | Jun 25 2025 18:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5301130 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 25 2025 18:53:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5294735 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 25 2025 18:53:00 | Freedom Mortgage, P.O. Box 6656, Chicago, IL 60680-6656 |
| 5443152 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 25 2025 18:53:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5294736 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2025 18:56:17 | Lowe's Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5291587 | | Email/PDF: cbp@omf.com | Jun 25 2025 18:56:18 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5294737 | + | Email/PDF: cbp@omf.com | Jun 25 2025 18:56:31 | OneMain, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 5311225 | | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2025 18:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5289767 | ^ | MEBN | Jun 25 2025 18:49:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5294739 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2025 18:56:31 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, Florida 32896-5060 |
| 5314298 | + | Email/Text: bncmail@w-legal.com | Jun 25 2025 18:53:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 5294740 | + | Email/Text: bncmail@w-legal.com | Jun 25 2025 18:53:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 5294741 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 25 2025 18:56:33 | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |
| 5293094 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 25 2025 19:08:45 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jeffrey Stover | on behalf of Debtor 1 Carl R. Peters jstover@nittanylaw.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carl R. Peters,  Chapter 13

**Debtor 1**

Case No. 4:20−bk−00066−MJC

Social Security No.:
xxx−xx−2503

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Carl R. Peters** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 25, 2025

**fnldec** (01/22)